# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Christina A. Roberts          Docket No. 5:10-M-1603-1

### Petition for Action on Probation

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christina A. Roberts, who, upon an earlier plea of guilty to Possession of Marijuana, in violation of 21 U.S.C. § 844, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on March 8, 2011, to a 12-month term of probation under 18 U.S.C. § 3607. The defendant was ordered to abide by the standard conditions adopted by the court and the following additional conditions were imposed:

1. Participate in a drug education and/or treatment program if ordered to do so by the supervision probation officer.

2. Undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in the Western District of Texas. Her supervising officer reports that the defendant has been diagnosed as bi-polar and is currently participating in mental health counseling with a private practitioner. Her officer advised that the defendant is having financial problems and will not be able to maintain her mental health treatment. In order to assist the defendant with her mental health issues, it is believed that she should receive contract mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

2. The defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Keith W. Lawrence |
| Robert K. Britt | Keith W. Lawrence |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 25, 2011 |

### ORDER OF COURT

Considered and ordered this 25 day of April, 2011, and ordered filed and made a part of the records in the above case.

/s/ James E. Gates
James E. Gates
U.S. Magistrate Judge